No. 01–9716. BOWLES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–9729. BLAS *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9731. ARMSTRONG *v.* CITY OF GREENSBORO ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–9740. NICOLAU *v.* NEW YORK COMMISSIONER OF TEMPORARY AND DISABILITY ASSISTANCE ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–9773. CRUMBAKER *v.* REGENCE BLUECROSS BLUESHIELD OF OREGON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9857. HAFNER *v.* HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–9864. MILANO *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Mecklenburg County, N. C. Certiorari denied.

No. 01–9904. HILL *v.* UNITED STATES TRUSTEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9912. VARGAS DE ALMEIDA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9966. IN RE ARNETT. C. A. D. C. Cir. Certiorari denied.

No. 01–9979. MATHISON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10012. AHMED *v.* WARDEN, FEDERAL CORRECTIONS INSTITUTION, ENGLEWOOD, COLORADO. C. A. 10th Cir. Certiorari denied.

No. 01–10030. ANTHONY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–10092. HANSEN *v.* SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.